IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2007 JUN 26 PM 4: 23

_____ DEPUTY CLERK

BRYANT MOTORS, INC.  :
     Plaintiff,  :
vs.  :   C.A. No. 5:06-CV-353(CAR)
BLUE BIRD BODY COMPANY  :
     Defendant.  :

### JUDGMENT

Pursuant to this court's order entered June 25, 2007, and for the reasons stated therein, JUDGMENT is entered as follows:

1. In favor of Bryant Motors, Inc. confirming the 2007 Panel Award of lost profits;

2. In favor of Bryant Motors, Inc. confirming the 2006 Panel Award of all injunctive relief;

3. The 2006 Panel Award of $500,000.00 as post-award, pre-judgment interest is vacated. Bryant Motors, Inc. shall recover from Blue Bird Body Company post-award, pre-judgment interest on the Award for the period between when the arbitration award was entered and when the award is satisfied by Blue Bird Body Company at the rate of seven percent per annum; and

4. In favor of defendant Blue Bird Body Company on the Motion for Sanctions filed by plaintiff Bryant Motors, Inc.

Plaintiff Bryant Motors, Inc. is further entitled to recover its costs of this action.

This 26th day of June, 2007.

_____
GREGORY J. LEONARD, CLERK

Approved by:

_____
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE